UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK KAVANAUGH, ) <br> ) <br>     Appellant, ) <br> ) <br> v. ) <br> ) <br> KENNETH E. FORRY, ) <br> ) <br>     Appellee. ) <br> _____ ) | DISTRICT COURT CASE <br> NO. 06-1267 AWI <br><br> BANKRUPTCY COURT CASE <br> NO. 05-18587-B7 <br><br> ORDER TAKING MATTER UNDER <br> SUBMISSION AND VACATING <br> OCTOBER 30, 2006 HEARING |

    This matter is an appeal of a bankruptcy court order removing Appellant as the trustee in Kenneth Forry's Chapter 7 bankruptcy.  Debtor has elected to have the matter heard in district court under 28 U.S.C. §158(c)(1).  On September 25, 2006, Appellant filed a motion to vacate this election and to transfer the appeal to the B.A.P., arguing that Debtor has no standing to make this election.  Debtor has not filed a timely response and is therefore not entitled to be heard at oral argument in opposition to the motion. See Local Rule 78-230(c).  The court has reviewed the papers filed and has determined that the motion is suitable for decision without oral argument.  See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 30, 2006,  is VACATED, and no party shall appear at that time.  As of October 30, 2006,  the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   October 26, 2006          /s/ Anthony W. Ishii
0m8i78                                     UNITED STATES DISTRICT JUDGE