# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK KAVANAUGH,<br><br>   Appellant,<br><br>  v.<br><br>KENNETH E. FORRY,<br><br>   Appellee. | DISTRICT COURT CASE NO. 06-1267 AWI<br><br>BANKRUPTCY COURT CASE NO. 05-18587-B7<br><br>ORDER RE: STIPULATED DISMISSAL OF APPEAL BY THE PARTIES |

  The parties in this case have filed an "Agreement to Dismiss Appeal" pursuant to Fed. R. Bankr. Proc. 8001(c)(2). Doc. 10. Accordingly, the appeal is DISMISSED and the Clerk is directed to close the case.

IT IS SO ORDERED.

**Dated:** **January 4, 2007**       /s/ Anthony W. Ishii
0m8i78             UNITED STATES DISTRICT JUDGE

1